**RECEIVED**

DEC - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER L. EDWARDS | CIVIL ACTION NO. 16-cv-00871 |
| VERSUS | JUDGE DOHERTY |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion for remand (Rec. Doc. 6) is DENIED, consistent with the report and recommendation.

Lafayette, Louisiana, this 5th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE